Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 510-909-9700
m.yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MOHAMMED ISMAIL and NAZLEEN F. ISMAIL,<br><br>       Plaintiffs,<br><br>       vs.<br><br>WELLS FARGO BANK, N.A. Successor By Merger to WELLS FARGO BANK SOUTHWEST, N.A. F/K/A WACHOVIA MORTGAGE, FSB FKA WORLD SAVINGS BANK, FSB; NDEX WEST, LLC,; and DOES 1-10 Inclusive,<br><br>       Defendants. | Case No:  2:12-cv-01653-MCE-CKD<br><br>  ORDER |

This Court, having considered the STIPULATION TO ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING(s) appearing parties,

IT IS HEREIN ORDERED THAT:

Plaintiffs shall have until April 29, 2013 to file a response to Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint, and Defendants shall have until May 6, 2013 to file their reply.

IT IS SO ORDERED.

DATE: April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT