1  Michael Yesk (SB#130056)
   Megan Dailey (SB#221574)
2  70 Doray Dr., Suite 16
   Pleasant Hill, CA 94523
3  Telephone: 510-909-9700
   m.yesklaw@gmail.com
4  Attorney for Plaintiffs

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9                                          )
   MOHAMMED ISMAIL and NAZLEEN F.           ) Case No:  2:12-cv-01653-MCE-CKD
10 ISMAIL,                                  )
                                            )   ORDER
11        Plaintiffs,                       )
                                            )
12      vs.                                 )
                                            )
13                                          )
   WELLS FARGO BANK, N.A. Successor By      )
14 Merger to WELLS FARGO BANK               )
   SOUTHWEST, N.A. F/K/A WACHOVIA           )
15 MORTGAGE, FSB FKA WORLD SAVINGS          )
   BANK, FSB; NDEX WEST, LLC,; and DOES     )
16 1-10 Inclusive,                          )
17                                          )
          Defendants.                       )
18                                          )
                                            )
19                                          )
                                            )
20

21

22

23

24

25

26

27

28

This Court, having considered the STIPULATION TO ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING(s) appearing parties,

IT IS HEREIN ORDERED THAT:

Plaintiffs shall have until April 29, 2013 to file a response to Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint, and Defendants shall have until May 6, 2013 to file their reply.

IT IS SO ORDERED.

DATE: April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT